Dear Honorable Judge Scriven,

Hello Your Honor! Good morning/afternoon. Peace & blessings of God Almighty be with you. I write to you my sincere & honest letter in seeking a sentence reduction by using a comprehensive remedy if qualify under Compassionate Release, First Step Act, & CARES Act with the help of an appointed public defender attorney if need be.

Your Honor, since you sentenced me on the day of my 30th birthday, March 9, 2010 with 210 months, I can say that a lot of things happened in my life. The first day I stepped in at B.O.P. Federal Correctional Institution in Estill, South Carolina, I realized that I needed to change my life. Yes! From that moment on, it hit me so hard that I embraced doing the right thing. I have a choice to make whether to be a productive person or stay stagnant & be bitter of my situation, but I chose the positive way by giving & doing the right things a chance in my life. But first, please allow me to tell you my past program developments. I started programming & taking advantage of vocational trades that the B.O.P could offer. I took a job at Vocational Tech & enrolled in carpentry & finished level I & II with an apprenticeship certificate. Then I took a course on heating, ventilating & air conditioning (HVAC) class & finished I & II as well plus I even got my apprenticeship certificate by the help of my boss & Votech instructor Mr. John Nichols. Added to my programmings, I tried taking welding classes & finished level I & II. I also did many ACE programs from my education department & earned certificates. I invested my time in psychology department programs too & became one of the facilitator of the program called "Positive Voices" which promotes positive living, changing hearts & minds. Added to that, I participated as a facilitator at our chapel's "Threshold Program" finding spiritual purpose in life & knowing God under Chaplain Kimball. To be honest with you Your Honor, I found God in here for the first time in my life. I became a born again Christian & accepted Jesus Christ as my Savior. After that I found peace, peace that I cannot find in the world when I was out there. What I say

Your Honor is true backing it up with my actions because it speaks louder than my words. And because of my life change as a Christian, now I teach Bible studies in here which I've never dreamed before in a million times saving lost souls for those other inmates. I learned how to play a guitar & key board & sings with my band during our Sunday service to serve God & helping our religious services by the supervisions of our chaplains, I even got a part time job with them.

During those years of my incarceration I continued to keep busy doing positive things with programming to be rehabilitated. I even re-invented myself for better me & found my purpose in life which I've never done before when I was out there. Truth be told, I refuse to stay sitting down watching T.V. all day & do nothing. I took the initiative taking advantage of all the programs that I could take. I did not take all the vocational trades to show you I'm doing something just to be justified, but to use them as a tool to earn a decent job to support myself & not being a burden to the government, society, & my family. I can use all that I have learned here to keep me going using all my work experiences as part of my re-integration & rehabilitation. I refuse to be bitter because of my current circumstances in life, I've made that decision & chose to be a role model inmate here in my small community. Those are the things that I've been doing while incarcerated preparing myself for re-entry in order to be a productive citizen. I was able to maintain a clear conduct not disrespecting or giving problems to any staff members & my fellow inmates, with my 10 years of incarceration, I've never been in trouble & given a shot for disciplinary actions since day one, because I maintained a good character & behaviour by being a respectful role model in this institution. And because of my good behavior changing my life for better not boasting around, the staff members & even inmates recognized it & I even landed a very special job at Prison Industry Enhancement Program (P.I.E) under the umbrella of B.O.P. Unicor with the binding contract with Ace Electronics Defense System, a private business entity based in New Jersey doing warehouse chores & military communication cables soldering them for

③

THE U.S. MILITARY. OUT OF 960 SOME INMATES HERE AT FCI ESTILL, SOUTH CAROLINA, I WAS ONE OF THE 28 WORKERS CAREFULLY SCREENED & SELECTED WITH THE JOB & WAS HIRED EARNING A DECENT AMOUNT OF MONEY TO SAVE PREPARING FOR MY RE-ENTRY. 55% OF OUR INCOME GOES TO PAY OUR BOARD & LODGING IN OUR HOUSING UNIT, INCLUDING MEDICAL, TAXES & VICTIM IMPACT.

YOUR HONOR THESE ARE THE THINGS THAT I'VE BEEN DOING SINCE I WAS INCARCERATED. I HAVE BECOME AN ASSET TO MY COMMUNITY BECAUSE OF THE IMPACT OF CHOOSING THE RIGHT THINGS CHANGING MY LIFE. I COULD NOT SPEAK ON BEHALF OF ANOTHER INMATE BUT MYSELF. IF I DIDN'T DO ALL THESE POSITIVE TRAITS I COULD'VE MISSED AN OPPORTUNITY FOR A LIFE TIME & NOT LANDED A JOB AT (P.I.E) THAT PROMOTES REHABILITATION UNDER THE SUPERVISION OF MS. THERESA BUTTS ONE WHO IS RESPECTED BY MANY STAFF MEMBERS BECAUSE OF HER REPUTATION & INTEGRITY AT WORK, WHO HIRED ME & SELECTED ME OUT OF MANY INDIVIDUALS HERE. SHE SAW THE GOODNESS IN ME BY DOING MY VERY BEST TO STAY OUT OF TROUBLE WORKING HARD TAKING ALL THE COURSES & TRADES TO USE THEM OUTSIDE FOR MY REENTRY. SHE SAW ME STRIVING VERY HARD & EVEN GAVE ME A CHANCE TO WORK & BE PART OF THE WORK FORCE AT P.I.E. PROGRAM IN FCI ESTILL. I INDEED THANKED HER FOR THE CHANCE. SHE TOLD ME THAT CHAPLAIN KIMBALL WITH MANY STAFF MEMBERS INCLUDING INMATES RECOMMENDED ME TO HER SAYING THAT I EARNED IT & DESERVED IT. BECAUSE I STAYED TRUE TO MYSELF & BEING A ROLE MODEL INMATE, I REAPED THE GOOD THINGS THAT I SOW. I FELT GOOD DOING THE RIGHT THINGS AS PART OF MY REHABILITY. IF I CAN DO ALL THESE IN HERE WHAT MORE OUT THERE IF GIVEN THE CHANCE (LORD WILLING) TO BE PART OF THE SOCIETY & COMMUNITY AGAIN. YOUR HONOR I KNOW I'VE DONE EVIL IN THE EYES OF GOD & THE GOVERNMENT. WHEN I GOT SENTENCED I SAID SORRY FOR MY WRONG ACTIONS & POOR DECISIONS. I WAS REMORSEFUL FROM THE BOTTOM OF MY HEART. I LANDED IN PRISON & ACCEPTED MY RESPONSIBILITY WITHOUT ANY HESITATION. MY CONDUCT BEFORE WAS OUT OF PROPORTION & NEEDS TO BE PUNISHED & CORRECTED. AND FOR THAT I EMBRACED YOUR

decision for my incarceration. It caused me so much after loosing many days, months & years which I could not take back, it caused me my future & plans in life. But there is something good that happened. I used my past life & mistake as a tool & foundation to re-examine myself. I found strength with the ability to comprehend my current situation. What goes down must come up & vice versa. The wheels must turn & change its course as a law of nature. One cannot turn on just one direction it must/must dealt with a proper proportion with guidance. I learned in life that in order to be a better person there has to be that word mistake, making right the wrong. I learned that mistake if examined carefully can be a tool for redemption healing the wound of a person & making him whole again. So for that reason I embraced change by doing good as part of my experience for my sake & for the sake of others. I'm doing my best to redeem myself back again by learning from my lessons & past mistakes. I seek redemption, hope, & your mercy your honor. I've showed you my current developments while in prison. I've proven you that there is hope in me & that I can be rehabilitated by doing my best & time. My past mistakes was then & this is who I am now. I was lost but now I'm found. I took the blow but re-invented myself because these are the right things to do. I found meaning in my life & will never give up the positive things that I have done. I'm determined to do it before, here & out there. It wasn't easy & it requires patience, determination, integrity, hard work & discipline. I want to carry it all with me what I've learned here & by the grace of God who strengthens me, I desire to use them daily in my life as a role model citizen. And I know that my future community will hold me accountable for all my actions.

    As a first time offender with no past history of crime, I ask your mercy & compassion your honor. You hold my future in your pen, mind, decision, & authority. I ask you to reconsider me again by reviewing my current developments. I ask for liniency & second chance for I know that this country believes in redemption & second chances.



I believe I deserve it myself your honor. I already served more than half of my incarceration years. I believe I am ready & ripe to re-integrate with my family & society again. I know your concern is for the safety of the community & children, but let me tell you this your honor, I will never harm nobody. You don't have to worry about me stepping inside your honorable court anymore because I will do my best to the best of my knowledge & ability to be a role model citizen of this country. I will never be the same again. I thank you for being part of my journey, you have taught me a lot about life, & every decision I make that freedom cannot be taken for granted. I became who I am right now because of my condition. I embraced discipline to correct my wrongs & have been given a chance to re-evaluate myself again. Forgive me your honor. I apologize to you, to the people of the United States of America who have been impacted of my wrong conduct, & to the United States government for being a burden to this country I called home. I thank you your honor for reading my long & sincere letter. Thank you for your time & I'm hoping to hear from you soon. I'll accept any weighted & hard decisions you may have for me without ill will. As I said I'm at your mercy, only you know what is best for me. Have a great day & may God almighty bless & guide you in every decisions you do.

        With much respect,
        Vergel Oliver Mafiles
        Register # 27687-018  Rm G-327

For future FCI Estill staff reference on behalf of my conduct, reliability, & developments. Please feel free to contact their names written below.
 Ms. Theresa Butts: FCI Estill P.I.E/Unicor Program Supervisor.
 Mr. John Nichols: FCI Estill Staff & Vo-Tech Instructor
 Chaplain Kimball: FCI Estill Chaplain Supervisor
 Mr. A. Carter: FCI Estill Counselor BA & BB Unit.

P.S.   I just want to let you know your honor that all FCI Estill inmates including my self got transferred to U.S.P. Lewisburg, P.A. due to an EF-3 tornado hit FCI Estill last April 13, 2020, with so much damaged on the compound they couldn't hold us for a long time. So for our safety & security reasons they evacuated all of us. I'm doing fine & thanked God for his protection, it could've hit our buildings directly, but it missed us so to me it was a divine protection from God. Have a blessed day! Please stay safe despite of this COVID-19 pandemic surrounding the whole country.

# Bureau of Prisons
# Psychology Services
# General Administrative Note

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAFILES, VERGEL OLIVER | | | Reg #: | 27687-018 |
| Date of Birth: | 03/06/1980 | Sex: M | Facility: LEW | Unit Team: | C-BLOCK |
| Date: | 06/09/2020 13:32 | Provider: | Enigk, Jennifer PsyD | | |

**Comments**

This report is provided at Mr. MAFILES' request to summarize the programs he has completed through Psychology Services. They are as follows:

    Positive Voices   Come On People: On the Path from Victims to Victors (completed 10/8/2014, 4/10/2014, 10/22/2013, 3/7/2013, and 8/9/2012)
    Emotional Rehabilitation self-study workbook (completed 9/6/2012)
    Character Development through Willpower and Self-Discipline self-study workbook (completed 8/10/2012)
    Basic Cognitive Skills self-study workbook (completed 7/13/2012)
    Thinking for Good: Changing Antisocial and Criminal Thinking self-study workbook (completed 6/8/2012)

Completed by Enigk, Jennifer PsyD on 06/09/2020 13:33

```
LEWOP           *          INMATE EDUCATION DATA        *     05-29-2020
PAGE 001 OF 001 *                TRANSCRIPT             *     13:04:43

REGISTER NO: 27687-018    NAME..: MAFILES               FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: LEW-LEWISBURG USP

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
LEW  ESL HAS    ENGLISH PROFICIENT         04-15-2011 0830 CURRENT
LEW  GED HAS    COMPLETED GED OR HS DIPLOMA 04-15-2011 0830 CURRENT

--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE  EVNT AC LV  HRS
EST        EPA 609/CONN. W/HVAC       12-01-2019 01-10-2020   P   C  C   120
EST        NCCER WELD  LV2 12-2(#6)   10-01-2018 09-26-2019   P   C  C   188
EST        CROCHETING S/S 12-1 PM     02-16-2019 05-16-2019   P   C  P    24
EST        HVAC APPRENTICESHIP #6     01-13-2017 01-08-2019   P   C  A  6000
EST        IWP LEV 2- 9:00-10:30AM (PG#6) 10-03-2017 09-28-2018 P C C   123
EST        HVAC 2 7:30-9:00 (PG#6)    10-02-2017 09-28-2018   P   C  C   175
EST        STOCK MARKET ANALYSIS (EM #2) 04-25-2018 07-17-2018 P C P    12
EST        BEGINNING DRUMMING-FCI     03-07-2018 06-04-2018   P   C  P    24
EST        INTERMEDIATE SPANISH (PG #6) 02-06-2018 05-01-2018 P  C  P    96
EST        SPANISH I  (PG 6)          11-07-2017 01-31-2018   P   C  P    24
EST        IWP- 09:00-10:30 (PG#6)    03-06-2017 09-26-2017   P   C  C   160
EST        HVAC 1 7:30-9:00 (PG#6)    03-06-2017 09-26-2017   P   C  C   120
EST        APPRENTICESHIP CARPENTRY (PG6) 02-18-2016 08-22-2017 P C A  8000
EST        JOB FAIR INTER(EM#2/CR#4/PG#6) 07-27-2017 07-27-2017 P C P    2
EST        INSIDE OUT DAD TH 9-10:30(#6) 02-22-2017 03-30-2017 P C P    24
EST        NCCER WELD LV1 12:30-2(#6) 12-14-2015 09-28-2016   P   C  C   305
EST        RES.CARPENTRY2 12:30-2 (PG#6) 10-01-2014 09-30-2015 P C C   215
EST        JOB SKILLS ASSESSMENT(#2 EM) 07-18-2013 08-28-2015 P  C  F     0
EST        CHARACTER EDUCATION WED 1-3 PM 05-03-2015 07-30-2015 P C P   24
EST        RES.CARPENTRY1 9-10:30 (PG#6) 03-24-2014 09-30-2014 P C C   153
EST        INSIDE LOOKING OUT GROUP(#6PG) 07-10-2014 09-15-2014 P C P   24
EST        EPA 608/CONN.W/HVAC COURSE 10-11-2013 05-08-2014   P   C  C   116
EST        GUIDE TO PREPAREDNESS (PG #6) 08-22-2013 11-22-2013 P C P    10
EST        POSITIVE VOICES (#6 PG)    05-30-2013 10-22-2013   P   C  P    21
EST        NEO 2 ORIENTATION 2-3 PM   11-22-2013 11-22-2013   P   C  P     1
EST        NCCER HVAC 1 8-10 AM (PG #6) 02-01-2013 10-10-2013 P  C  C   114
EST        KEYS TO SUCCESS T/TH 6-8(#6 PG 05-15-2013 07-15-2013 P C P   16
EST        CONV.FRENCH 2-3:30P T/TH   04-04-2013 06-04-2013   P   C  P    16
EST        NCCER CORE CONST.8-9 (PG#6) 08-20-2012 01-16-2013  P   C  C   120
EST        SPANISH I  (PG 6)          06-19-2012 09-14-2012   P   C  P    24
EST        BEGINNING GUITAR M-F 8-9PM 04-15-2012 06-11-2012   P   C  P    20
EST        CRITICAL THINKING (PG 6)   05-01-2012 05-31-2012   P   C  P     8
EST        COMM DRIVERS LICENSE (EM#2) 04-21-2011 05-25-2011  P   C  P     8
EST        INFECTIOUS DISEASE PREVT(HN#1) 04-21-2011 04-21-2011 P C P     1



G0000           TRANSACTION SUCCESSFULLY COMPLETED
```