Inmate Name: VERGEL OLIVER MARTLES
Register Number: 27687-018   Rm# C-327
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837


RECEIVED
JUN 15 2020
BY: ............  16 JUN 2020

7019 0700 0001 8188 5144


CERTIFIED MAIL

32801-050053






TO: HONORABLE JUDGE SCRIVEN
UNITED STATES DISTRICT COURT
401 WEST CENTRAL BOULEVARD
ORLANDO, FLORIDA 32801
U.S.A.

LEGAL MAIL



U.S. PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837
DATE 16 JUN 2020

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

7019 0700 0001 8188 5144