# Bureau of Prisons
# Psychology Services
# General Administrative Note

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAFILES, VERGEL OLIVER | | | Reg #: | 27687-018 |
| Date of Birth: | /1980 | Sex: | M    Facility: LEW | Unit Team: | C-BLOCK |
| Date: | 06/09/2020 13:32 | Provider: | Enigk, Jennifer PsyD | | |

## Comments

This report is provided at Mr. MAFILES' request to summarize the programs he has completed through Psychology Services.  They are as follows:

Positive Voices   Come On People: On the Path from Victims to Victors (completed 10/8/2014, 4/10/2014, 10/22/2013, 3/7/2013, and 8/9/2012)
Emotional Rehabilitation self-study workbook (completed 9/6/2012)
Character Development through Willpower and Self-Discipline self-study workbook (completed 8/10/2012)
Basic Cognitive Skills self-study workbook (completed 7/13/2012)
Thinking for Good: Changing Antisocial and Criminal Thinking self-study workbook (completed 6/8/2012)

Completed by Enigk, Jennifer PsyD on 06/09/2020 13:33

```
LEWOP          *        INMATE EDUCATION DATA        *      05-29-2020
PAGE 001 OF 001 *             TRANSCRIPT             *      13:04:43

REGISTER NO: 27687-018      NAME..: MAFILES                FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: LEW-LEWISBURG USP

------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
LEW  ESL HAS    ENGLISH PROFICIENT         04-15-2011 0830 CURRENT
LEW  GED HAS    COMPLETED GED OR HS DIPLOMA 04-15-2011 0830 CURRENT

------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
EST        EPA 609/CONN. W/HVAC     12-01-2019 01-10-2020  P  C  C   120
EST        NCCER WELD  LV2 12-2(#6) 10-01-2018 09-26-2019  P  C  C   188
EST        CROCHETING S/S 12-1 PM   02-16-2019 05-16-2019  P  C  P    24
EST        HVAC APPRENTICESHIP #6   01-13-2017 01-08-2019  P  C  A  6000
EST        IWP LEV 2- 9:00-10:30AM (PG#6) 10-03-2017 09-28-2018 P C C 123
EST        HVAC 2 7:30-9:00 (PG#6)  10-02-2017 09-28-2018  P  C  C   175
EST        STOCK MARKET ANALYSIS (EM #2) 04-25-2018 07-17-2018 P C P  12
EST        BEGINNING DRUMMING-FCI   03-07-2018 06-04-2018  P  C  P    24
EST        INTERMEDIATE SPANISH (PG #6) 02-06-2018 05-01-2018 P C P   96
EST        SPANISH I  (PG 6)        11-07-2017 01-31-2018  P  C  P    24
EST        IWP- 09:00-10:30 (PG#6)  03-06-2017 09-26-2017  P  C  C   160
EST        HVAC 1 7:30-9:00 (PG#6)  03-06-2017 09-26-2017  P  C  C   120
EST        APPRENTICESHIP CARPENTRY (PG6) 02-18-2016 08-22-2017 P C A 8000
EST        JOB FAIR INTER(EM#2/CR#4/PG#6) 07-27-2017 07-27-2017 P C P  2
EST        INSIDE OUT DAD TH 9-10:30(#6) 02-22-2017 03-30-2017 P C P  24
EST        NCCER WELD LV1 12:30-2(#6) 12-14-2015 09-28-2016 P C C   305
EST        RES.CARPENTRY2 12:30-2 (PG#6) 10-01-2014 09-30-2015 P C C 215
EST        JOB SKILLS ASSESSMENT(#2 EM) 07-18-2013 08-28-2015 P C F   0
EST        CHARACTER EDUCATION WED 1-3 PM 05-03-2015 07-30-2015 P C P 24
EST        RES.CARPENTRY1 9-10:30 (PG#6) 03-24-2014 09-30-2014 P C C 153
EST        INSIDE LOOKING OUT GROUP(#6PG) 07-10-2014 09-15-2014 P C P 24
EST        EPA 608/CONN.W/HVAC COURSE 10-11-2013 05-08-2014 P C C   116
EST        GUIDE TO PREPAREDNESS (PG #6) 08-22-2013 11-22-2013 P C P  10
EST        POSITIVE VOICES (#6 PG)  05-30-2013 10-22-2013  P  C  P    21
EST        NEO 2 ORIENTATION 2-3 PM 11-22-2013 11-22-2013  P  C  P     1
EST        NCCER HVAC 1 8-10 AM (PG #6) 02-01-2013 10-10-2013 P C C  114
EST        KEYS TO SUCCESS T/TH 6-8(#6 PG 05-15-2013 07-15-2013 P C P 16
EST        CONV.FRENCH 2-3:30P T/TH 04-04-2013 06-04-2013  P  C  P    16
EST        NCCER CORE CONST.8-9 (PG#6) 08-20-2012 01-16-2013 P C C  120
EST        SPANISH I  (PG 6)        06-19-2012 09-14-2012  P  C  P    24
EST        BEGINNING GUITAR M-F 8-9PM 04-15-2012 06-11-2012 P C P    20
EST        CRITICAL THINKING (PG 6) 05-01-2012 05-31-2012  P  C  P     8
EST        COMM DRIVERS LICENSE (EM#2) 04-21-2011 05-25-2011 P C P    8
EST        INFECTIOUS DISEASE PREVT(HN#1) 04-21-2011 04-21-2011 P C P 1

G0000       TRANSACTION SUCCESSFULLY COMPLETED
```