# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO: 10-cr-134-MSS-DAB-1**

**VERGEL OLIVER MAFILES**

---

### ORDER

This matter is before the Court on Defendant's Motion for Compassionate Release. (Dkt. 96) On August 29, 2010, Defendant pleaded guilty to one count of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(B). (Dkt. 47) On March 7, 2011, Defendant was sentenced to 210 months in prison followed by a term of supervised release of 20 years. (Dkt. 74) Defendant is currently held in Lewisburg USP and is projected to be released on May 10, 2025.

Defendant seeks compassionate release pursuant to the First Step Act, citing his personal reformation while incarcerated. (Dkt. 96) The First Step Act permits a district court to reduce a defendant's sentence of imprisonment if "extraordinary and compelling reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1)(A)(i). Before a defendant may seek such relief from a district court, however, the defendant must have "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility." Id. § 3582(c)(1)(A). Defendant fails to allege that he has exhausted his administrative remedies. Absent any evidence that Defendant has exhausted his administrative remedies, Defendant's Motion is not properly before the Court.

Accordingly, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, (Dkt. 96), is **DENIED WITHOUT PREJUDICE**.

**DONE and ORDERED** in Tampa, Florida, this 1st day of July, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             U.S. Marshal Service
             U.S. Probation Office
             U.S. Pretrial